# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Silberman, Laurence H. | U.S. Court of Appeals D.C. Circuit | 05/11/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| US Circuit Court Judge - Senior Status | ☐ Nomination Date <br> ☐ Initial ☑ Annual ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

333 Constitution Avenue, N.W.
Room 3400
Washington, DC 20001

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Georgetown University Law Center, Distinguished Visitor from the Judiciary, Spring and Fall | $94,796.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Pension benefit - University of Texas MD Anderson |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Korea Law Center | 04/26/16-05/01/16 | Corsica, France | Speaker at conference on Maritime Territorial Disputes | airfare, hotel, ground transportation, meals at conference |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Russell Lindner | Colonial Parking Pass | $400.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Bank of America | line of credit on rental property #1, Washington DC (Pt VII, line 18. See also Part VIII) | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank of America Account, Washington, DC | A | Dividend | J | T | | | | | |
| 2. Wells Fargo Bank, NA, Account, Washington, DC | A | Interest | M | T | | | | | |
| 3. (H) IRA #1 (See Part VIII) | | | | | | | | | |
| 4. --T. Rowe Price IRA Spectrum Growth | | None | | | Redeemed (part) | 01/04/16 | K | | |
| 5. | | | | | Redeemed | 08/08/16 | O | | |
| 6. --T. Rowe Price Capital Appreciation (PRWCX) | | None | | | Redeemed (part) | 01/01/16 | K | | |
| 7. | | | | | Buy (add'l) | 08/08/16 | O | | |
| 8. | | | | | Redeemed | 08/25/16 | P1 | | |
| 9. --T Rowe Price Capital Appreciation I Cl (TRAIX) | E | Dividend | P1 | T | Buy | 08/25/16 | P1 | | |
| 10. | | | | | Redeemed (part) | 09/01/16 | K | | |
| 11. (H) BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 12. --American Balanced Fund Cl A | C | Dividend | N | T | | | | | |
| 13. --Int'l Growth & Income Cl A | | None | | | Sold | 03/09/16 | M | | |
| 14. --Capital Income Bldr Cl A (See Part VIII) | D | Dividend | M | T | | | | | |
| 15. --American Funds Fundamental Invs Inc Cl A (name change from prior) | C | Dividend | M | T | | | | | |
| 16. Georgetown University 401(k) Plan, Fidelity Balanced K | D | Int./Div. | M | T | | | | | |
| 17. JP Morgan Chase | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Rental Property #1, Washington, DC (See note, Part VIII) | D | Rent | P1 | S | | | | | |
| 19. (H) IRA #2 | | | | | | | | | |
| 20. --Westport Fund- Cl R | | None | | | Sold | 4/22/16 | M | F | |
| 21. --First Eagle Sogen Funds Inc Overseas Fd Cl I | B | Dividend | K | T | | | | | |
| 22. --Lazard International Strategic Inst | A | Dividend | L | T | | | | | |
| 23. --Brandywine Small Cap Value Manager | B | Dividend | M | T | | | | | |
| 24. --Morgan Stanley Cash | A | Interest | | | Closed | 03/10/16 | J | | |
| 25. --Franklin Mutual International C | A | Dividend | L | T | | | | | |
| 26. --JP Morgan Value Adv Fund | B | Dividend | N | T | Buy (add'l) | 12/30/16 | L | | |
| 27. --PIMCO Income Fund | C | Dividend | M | T | | | | | |
| 28. --SunAmerica New Foc Div | D | Dividend | N | T | Buy (add'l) | 12/30/16 | L | | |
| 29. --Alliance High Income Fund | C | Dividend | | | Sold | 12/30/16 | L | | |
| 30. --Clearbridge Mid Cap Growth Fund Cl C | | None | M | T | Buy | 04/29/16 | M | | |
| 31. --Citizens Bank Cash | A | Interest | K | T | Open | 03/08/16 | J | | |
| 32. | | | | | Redeemed (part) | 11/10/16 | K | | |
| 33. (H) IRA #3 | | | | | | | | | |
| 34. Vanguard International Growth Inv | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Vanguard PRIMECAP Fund Investor | A | Dividend | J | T | Redeemed (part) | 12/08/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Silberman, Laurence H. | 05/11/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VI: Line 1: This line of credit was reported in 2014 and was inadvertently omitted from the 2015 report.

Part VII, Lines 4 and 6: Partial redemptions listed are the first payments in a series of monthly, same-sized redemptions from the IRA account, with part taken from each of the investments listed. There were 8 such transactions in 2016 from the each of two funds owned at the beginning of the year (T. Rowe Price IRA Spectrum Growth and T. Rowe Price Capital Appreciation (PRWCX)). After the funds were consolidated in August to T. Rowe Price Capital Appreciation (TRAIX), 4 additional monthly redemptions of the same total size were made.

Part VII, Lines 4 and 6: These two funds were converted during the year. On 8/8/16, Spectrum Growth was converted in a tax-free transaction into Capital Appreciation (PRWCX). On 8/25/16, the total holdings in Capital Appreciation (PRWCX) were converted into another class of the same fund, Capital Appreciation (TRAIX).

Part VII, Line 14: Capital Income Bldr Class A was erroneously reported as sold in 2015. That holding remains in the brokerage account.

Part VII, Line 21: This property was assessed at $1,071,200 for 2017.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Laurence H. Silberman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544